UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

**AMENDED NOTICE OF TRIAL**

* * * * * * * * * * * * * * * * * *

Thomas R. Cisar,

Plaintiff,

vs. Civ. No. 01-1956 (RLE)

Progressive Northwestern
Insurance Company,

Defendant.

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of March, 2003.

* * *

On September 16, 2002, this Court entered a Notice for Trial in the above-entitled case to commence on **Monday, April 14, 2003, at 9:00 a.m.**, in Court Room No. 3, United States Courthouse, 515 W. First St., Duluth, Minnesota. Due to a scheduling problem, the Plaintiff was unable to complete the deposition of his treating surgeon prior to the Trial setting, and requested that the Trial be set for another date. The Defendant does not object to the rescheduling.

THEREFORE, It is -

(13)

MAR 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

1. That the request of the Plaintiff to reschedule the Trial set for April 14, 2003, is GRANTED, and the Trial is reset to commence on **Monday, September 9, 2003, at 9:00 a.m.**, in Court Room No. 3, United States Courthouse, 515 W. First St., Duluth, Minnesota., is granted. **Counsel are to meet in Chambers at 8:30 a.m., for a Final Pretrial Conference.**

2. Consistent with the Notice of Trial, dated September 16, 2002, all Pretrial deadlines will remain the same.

3. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge