UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

**ORDER**

* * * * * * * * * * * * * * * * * *

Thomas R. Cisar,

Plaintiff,

vs. Civ. No. 01-1956 (RLE)

Progressive Northwestern
Insurance Company,

Defendant.

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of September, 2003.

* * *

On March 26, 2003, this Court entered an Amended Notice for Trial in the above-entitled case to commence on **Tuesday, September 9, 2003, at 9:00 a.m.**, in Court Room No. 3, United States Courthouse, 515 W. First St., Duluth, Minnesota. On September 2, 2003, the Court received an informal request to continue the Trial date from counsel for the Defendant, due to a medical emergency. The informal request will be granted.

THEREFORE, It is –

26

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
JLT5

ORDERED:

That the informal request to continue the Trial Date is GRANTED, and the Trial of the above-entitled matter, set for Tuesday, September 9, 2003, is stricken from the Court's calendar until further Order of the Court.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge