UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

THOMAS R. CISAR,

PLAINTIFF,

vs.

PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,

DEFENDANT.

Court File No. 01CV1956 JMR/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-named parties stipulate that this action has been compromised and settled and is hereby dismissed on the merits with prejudice but without costs, disbursements, or attorneys or witness fees to any party. The Clerk of Federal Court may discharge this action on the filing of this stipulation.

Dated: January 27, 2004.

Brian R. McCarthy

Brian R. McCarthy (#14373X) for Progressive Northwestern Insurance Company

Dated: 01-30, 2004.

James W. Balmer (#4376) for Thomas R. Cisar

SCANNED
MAY 21 2004
U.S. DISTRICT COURT DULUTH

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED that pursuant to the foregoing stipulation of the parties, the foregoing action be dismissed on the merits with prejudice but without costs or disbursements due any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 21, 2004.

BY THE COURT:

Raymond L Erickson

The Honorable Raymond L. Erickson
Judge of United States District Court