# UNITED STATES DISTRICT COURT
## District of Minnesota

Thomas R. Cisar

V.

Progressive Northwestern Insurance Company

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1956 (JMR/RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Pursuant to the foregoing stipulation of the parties, the foregoing action be dismissed on the merits of prejudice but without costs or disbursements due any party.

May 21, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jennifer Beck
(By) Jennifer Beck, Deputy Clerk